UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――X

In re:  SILVER SANDS MOTEL, INC.,            Chapter 11

    Debtor(s).            Case No.: 06-72581

           **NOTICE OF MOTION**
―――――――――――――――――――――――――X            **ON SHORT NOTICE**

SIRS:

    PLEASE TAKE NOTICE that upon annexed application SILVER SANDS MOTEL, INC., by JEAN BURDEN, President of the debtor, represented by the Law Office of Jerry M. Mims PC, dated January 9, 2012, the undersigned will move before:

| | |
|---|---|
| JUDGE: | Honorable REGINALD E. GROSSMAN, Judge<br>UNITED STATES BANKRUPTCY COURT |
| COURT: | 290 Federal Plaza, Room 860<br>Long Island Federal Courthouse<br>Central Islip, NY 11722 |
| Date: | January 23, 2012 |
| TIME: | 9:30 a.m. |
| RELIEF: | For Order, pursuant to 11 U.S.C Sections 350 and 362 to allow Debtor to reinstate his Chapter 13 Petition and Plan, vacate the Order of Dismissal dated October 12, 2007 and for such further and other relief as this Court may deem just and proper. |
| RESPONSIVE PAPERS: | Should be submitted to Court and served upon the debtor and debtor's attorney no later than (3) three days prior to the return date of this motion. |

Dated: Medford, New York            Yours, Etc.
    January 9, 2012            SILVER SANDS MOTEL, INC.,
           Debtor
To: U.S. Trustees Office            by: /s/ JEAN BURDEN, Pres.
           ―――――――――――――x
   All Creditors            JERRY M. MIMS, Attorney for
           Debtor
           3239 Route 112, Building 8
           Medford, NY 11763
           (631) 575-1048

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____X

In re: SILVER SANDS MOTEL, INC.,                Chapter 11

      Debtor(s).                                Case No.: 11-78916-REG

**<u>AFFIRMATION IN SUPPORT OF MOTION</u>**

_____X

      JEAN BURDEN being duly sworn according to the law, deposes and says"

1. I am the President of the debtor herein.

2. I am fully familiar with the facts and circumstances of this case.

3. On or about December 22, 2011, I filed within Chapter 11 Petition on behalf of the debtor/corporation of which I am the President and owner.

4. The first meeting in this case is scheduled for January 11, 2012.

5. Prior to filing the within case and subsequent thereto, I had been speaking to various companies about refinancing my business properties.

6. I recently received word from several companies that they would refinance my properties but only if I am out of bankruptcy.

7. In so much as I only recently filed and nothing has happened, I want to withdraw my Chapter 11 so that I can pursue the refinancing opportunities that I have been offered.

8. Accordingly I am asking the Court to allow me to withdraw my Chapter 11 Petition.

9. There is no harm to creditors if the within case is dismissed.

      WHEREFORE, Debtor respectfully requests that the within application be granted in its entirety.

|  |  |
|---|---|
| | /s/  JEAN BURDEN, President |
| Dated: January 9, 2012 | _____x |
| Medford, New York | SILVER SANDS MOTEL, INC., By JEAN BURDEN, President |

Sworn to before me on this
9th   Day of January, 2012

/s/ Jerry M. Mims

_____x
Jerry M. Mims
Notary Public, State of New York
No. 02M15074146
Commission expires 3/17/2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X
In Re:                                              Case No. 11-78916-REG

    SILVER SANDS MOTEL, INC.,           Chapter 11

                         Debtor,              AFFIDAVIT OF SERVICE
──────────────────────────────────X

 ROBERT SCOTT, being duly sworn, deposes and says:

1. I am over the age of eighteen years of age.
2. I reside in Suffolk County, New York and am not a party to this action.
3. On or about January 9, 2011, I served a copy of the Motion to Withdraw Debtor's Chapter 11 Petition on Short Notice, upon each party listed below; by placing a copy of said Motion on Short Notice in a brown, paper wrapper addressed to the parties below and placed said envelope in a mailbox under the exclusive custody care and control of the U.S. Post Office:

U.S. Trustee's Office           Clerk, U.S. Bankruptcy Court
560 Federal Plaza               290 Federal Plaza,
Suite 520                           P.O. Box 9013
Central Islip, NY  11722        Central Islip, NY  11722

Long Island Capital Mgmt.
c/o Certilman Balin
90 Merrick Road
East Meadow, NY   11554


                                     /s/ Robert Scott
Dated:  January 9, 2012          _____x
      Medford, NY                ROBERT SCOTT


Sworn to before me on this
 9th day of January, 2012

/s/  Jerry M. Mims

_____x
Jerry M. Mims
Notary Public, State of New York
No. 02M15074146
Commission expires 3/17/2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____ X
In Re:                                                        Case No. 11-78916-REG

    SILVER SANDS MOTEL, INC.,                Chapter 11

                      Debtor
_____X

---

# MOTION TO WITHDRAW CHAPTER 11 PETITION
## ON SHORT NOTICE

---

**JERRY M. MIMS, ESQ.**
**Attorney for Debtor**
**3239 Route 112, Building 8**
**Suite 7**
**Medford, New York   11763**
**(631) 575-1048**